UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 25212
   GEORGE WILLIAM MCDANIEL JR
   ANGELA MARIE MCDANIEL                    CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-6526    SSN XXX-XX-2933
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/06/04 and confirmed on 09/03/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 19215.35 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 9975.00 | 940.21 | 9975.00 |
| LUSTIG JEWELERS | SECURED | 300.00 | 28.86 | 300.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 39.00 | 6.67 | 39.00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FRANKLIN MINT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| KOHLS | UNSECURED | 163.83 | .00 | 57.90 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL MAGAZINE EXCHAN | UNSECURED | NOT FILED | .00 | .00 |
| OBERWEIS DAIRY | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RMCB COLLECTION AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| FNCB PREFERRED CHARGE SP | UNSECURED | NOT FILED | .00 | .00 |
| CHILES & ASSOCS | UNSECURED | 6200.00 | .00 | 2191.24 |
| WELLS FARCO BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLDCOM WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WORLDCOM WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| DELTA MANAGEMENT | UNSECURED | 1586.00 | .00 | 560.53 |
| AMERICREDIT FINANCIAL | UNSECURED | 4243.59 | .00 | 1499.79 |
| ILLINOIS DEPT REVENUE | UNSECURED | 30.00 | .00 | 10.60 |

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED          OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10275.00        39.00     12223.42            .00       22537.42
PRINCIPAL PAID      10275.00        39.00      4320.06            .00       14634.06
INTEREST PAID         969.07         6.67          .00            .00         975.74
TOTAL PAID          11244.07        45.67      4320.06            .00       15609.80
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $     100.00   direct and $   2600.00   through the plan.

The Trustee received $     825.20 .

Refunds to the Debtor totaled $    180.35 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/19/08                   /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE



                                  PAGE   2
        CASE NO. 04 B 25212 GEORGE WILLIAM MCDANIEL JR & ANGELA MARIE MCDANIEL